**Order entered July 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00138-CR
No. 05-19-00139-CR
No. 05-19-00140-CR
No. 05-19-00141-CR

**JOSEPH GLEN ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-41918-U, F18-00666-U, F18-00673-U & F18-34887-U**

## ORDER

We **REINSTATE** these appeals.

On July 11, 2019, we abated these appeals for a hearing on why appellant's brief had not been filed; that same day, counsel filed an *Anders* brief in all four appeals. Counsel did not, however, file a motion to withdraw as counsel to accompany the *Anders* brief. She also did not provide proof she (1) informed appellant of his right to file a pro se response, his right to review the record before filing that response, and his pro se right to seek discretionary review should the court of appeals declare his appeal frivolous or (2) provided appellant with a copy of the clerk's record and reporter's record or informed him he should immediately file a motion for pro se

access to the appellate record with the court of appeals.  *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014).

Accordingly, counsel Sharita Blacknall is **ORDERED** to file, by **July 29, 2019**, a motion to withdraw as counsel and proof she has complied with the requirements of *Kelly*.  If counsel fails to comply with this order, these appeals may be abated for a hearing in the trial court regarding appellant's representation.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; to counsel Sharita Blacknall; and to the Dallas County District Attorney.

/s/     BILL PEDERSEN, III
           JUSTICE